IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: ELIZABETH COWAN WRIGHT |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 21-cr-87 ECT/BRT |
| | ) | Date: April 26, 2021 |
| Shoua Isabelle Yang, | ) | Video Conference |
| | ) | Time Commenced: 1:17 p.m. |
| Defendant, | ) | Time Concluded: 1:31 p.m. |
| | | Time in Court: 14 minutes |

APPEARANCES:

Plaintiff: Thomas Calhoun-Lopez, Assistant U.S. Attorney
Defendant: Thomas Kelly, Esq.
      X CJA

Date Charges Filed: 4/13/2021    Offense: filing a false employer's quarterly federal tax return; filing a false U.S. corporation income tax return

X Advised of Rights

on    X Indictment

**Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.**

X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Oral Rule5(f) Brady notice read on the record
X Defendant consents to this hearing via video conference.

                                                                                                s/SAE
                                                                         Signature of Courtroom Deputy