DJL Management Services LLC
sourse document
Black Book Ledger
cash to Kelvin Vue

| Date | Amount | Source | | |
|---|---|---|---|---|
| 4/10/2014 | $4,000 | hiway | Cash | |
| 4/15/2014 | $15,000 | hiway | Cash | |
| 6/23/2014 | $13,000 | hiway | Cash | |
| 9/24/2014 | $8,000 | hiway | Cash | |
| 10/31/2014 | $10,000 | hiway | Cash | |
| 11/12/2014 | $15,000 | hiway | Cash | |
| 11/28/2014 | $1,070 | hiway | Cash | |
| | $66,070 | | | |
| 1/21/2015 | $10,000 | hiway | Cash | |
| 3/26/2015 | $80,000 | hiway | Check to Victoria Yang | |
| 4/15/2015 | $5,000 | hiway | Cash | |
| 7/17/2015 | $7,000 | hiway | Cash | |
| 9/3/2015 | $7,000 | hiway | Cash | |
| 9/24/2015 | $10,000 | hiway | Cash | |
| 10/16/2015 | $10,000 | hiway | Cash | |
| 11/17/2015 | $5,000 | hiway | Cash | |
| 12/11/2015 | $6,000 | hiway | Cash | |
| 12/30/2015 | $7,000 | hiway | Cash | |
| | $147,000 | | | |
| 1/8/2016 | $10,000 | hiway | Cash | |
| 1/21/2016 | $7,000 | hiway | Cash | |
| 3/8/2016 | $8,000 | hiway | Cash | |
| 3/31/2016 | $15,000 | hiway | Uniselect | 200776493 |
| 3/31/2016 | $15,000 | hiway | Uniselect | 200776492 |
| 4/21/2016 | $9,000 | hiway | Cash | |
| 5/25/2016 | $10,000 | hiway | Cash | |
| 5/5/2016 | $30,000 | hiway | Travis Vue | |
| 7/12/2016 | $9,000 | hiway | | |
| | $113,000 | | | |
| 17-Mar | $8,000 | Associatebank | Cash | |
| 4/23/2015 | $5,000 | Associatebank | Cash | |
| 5/1/2015 | $5,000 | Associatebank | Cash | |
| 8/25/2015 | $5,000 | Associatebank | Cash | |
| | $23,000 | | | |
| 2/2/2016 | $11,000 | Associatebank | Cash | |
| 2/25/2016 | $8,000 | Associatebank | Cash | |
| 3/2/2016 | $10,000 | Associatebank | Cash | |
| 4/27/2016 | $5,000 | Associatebank | Cash | |
| 6/17/2016 | $12,000 | Associatebank | Cash | |
| 7/7/2016 | $7,000 | Associatebank | Cash | |
| 10/3/2016 | $8,000 | Associatebank | Cash | |
| 11/22/2016 | $8,000 | Associatebank | Cash | |
| 12/16/2016 | $25,000 | Associatebank | Cash | |
| | $94,000 | | | |
| 4/11/2017 | $11,000 | BMO bank | Cash | |
| 4/17/2017 | $4,000 | BMO bank | Cash | |
| 4/25/2017 | $5,000 | BMO bank | Cash | |
| 5/17/2017 | $10,000 | BMO bank | Cash | |
| 6/30/2017 | $14,000 | BMO bank | Cash | |
| 7/19/2017 | $10,000 | BMO bank | Cash | |
| | $54,000 | | | |
| 8/1/2016 | | | | |
| 9/1/2016 | $10,000 | affinity bank | Cash | |
| 10/15/2016 | $8,000 | affinity bank | Cash | |
| 1/5/2017 | $8,000 | affinity bank | Cash | |
| 2/9/2017 | $15,000 | affinity bank | Cash | |
| | $41,000 | | | |
| 2/21/2017 | $20,000 | | check toTravis Vue | |
| 3/7/2017 | $20,000 | | check toTravis Vue | |
| | $40,000 | | | |
| | $578,070 | $ 578,070.00 | | |

**Plus Termination Agreement Funds**

| | | | | |
|---|---|---|---|---|
| $ | 103,377.55 | check | | |
| $ | 47,653.80 | check toTravis | see above | |
| $ | 151,031.35 | | | |